# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| TRACY CRAWFORD | CIVIL ACTION NO. 17-1455 |
| | SECTION P |
| VS. | JUDGE ELIZABETH E. FOOTE |
| ELVAN MCDANIEL | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff Tracy Crawford's claims are **DISMISSED WITHOUT PREJUDICE**.

MONROE, LOUISIANA, this 18th day of June, 2018.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE