UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

TRACY CRAWFORD                    CIVIL ACTION NO. 17-1455-P

VS.                               JUDGE ELIZABETH E. FOOTE

ELVAN MCDANIEL                    MAG. JUDGE KAREN L. HAYES

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff Tracy Crawford's request for this Court to intervene in his state court proceeding is **DISMISSED WITH PREJUDICE** under the *Younger* abstention doctrine.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the remainder of this action is **STAYED** under the following conditions:

    a. If Plaintiff intends to proceed with his claims, he must, within thirty (30) days of the date the criminal proceedings against him have concluded, file a motion asking the Court to lift the stay;

    b. If the stay is lifted and the Court finds Plaintiff's claims would impugn the validity of his conviction, his false arrest claims will be dismissed under *Heck*; if no such finding is made, Plaintiff's false arrest action will proceed at that time, absent some other bar to suit;

    c. If the stay is lifted, Plaintiff's claims for a denial of medical care will proceed at that time, absent some other bar to suit;

    d. In light of the stay, Plaintiff should not file any more documents in this action until the state court proceedings have concluded; and

e. Defendant shall not be required to answer during the stay, and Plaintiff may not seek a default judgment or conduct any discovery.

SHREVEPORT, LOUISIANA, this 24 day of September, 2018.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE